**Felice BERENSON, Appellant,**

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
**Appellee.**

**No. 4D14–3985.**

District Court of Appeal of Florida,
Fourth District.

Nov. 23, 2016.

Michael Vater and Kendrick Almaguer of The Ticktin Law Group, P.A., Deerfield Beach, for appellant.

Michele L. Stocker, Kimberly S. Mello, and Robert Schneider of Greenberg Traurig, P.A., Fort Lauderdale, for appellee.

*On Combined Motion for Rehearing, Rehearing En Banc and for Certification to the Florida Supreme Court*

PER CURIAM.

We grant the appellant's motion for rehearing, deny the motion for rehearing *en banc* and for certification, withdraw our prior opinion in *Berenson v. Deutsche Bank National Trust Company*, 41 Fla. L. Weekly D1042, 2016 WL 1696441 (Fla. 4th DCA Apr. 27, 2016), and substitute this opinion in its place.[1]

We reverse. *See Grosso v. HSBC Bank USA, N.A.*, No. 4D14–3971, 204 So.3d 139, 2016 WL 6781609 (Fla. 4th DCA Nov. 16, 2016).

*Reversed.*

WARNER, GROSS and FORST, JJ., concur.

---

1. Judge Martha C. Warner has been substituted for Judge W. Matthew Stevenson after his retirement from the Court.